IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| NICHOLAS DiMARINO, | ) | C/A No.:0:11-01678-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT ORDER** |
| -vs- | ) | |
| | ) | |
| LINDA D. HANNIGAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before this Court upon motions by the *pro se* Plaintiff, seeking an entry of default against the Defendant, Linda Hannigan (ECF No. 17), who subsequently moved for an Order striking the Plaintiff's request for an entry of default (ECF No. 22). With the consent of the parties, and based upon the fact that a responsive pleading was timely filed on behalf of the Defendant, this Court finds that both motions should be DENIED.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 9, 2012
Columbia, South Carolina

WE MOVE:

By: _____
William T. Young III
Howell, Gibson & Hughes, P.A.
Attorney for Linda Hannigan

WE CONSENT:

By: _____
Nicholas DiMarino
Plaintiff